AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| FRANK ALBERIGO | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:10 CV 04735 (NG)(JO) |
| THE HARTFORD | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Hartford Life Insurance Company s/h/a The Hartford

Date: 02/04/2011

s/
*Attorney's signature*

Matthew P. Mazzola (MM7427)
*Printed name and bar number*

Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, New York 10004

*Address*

matthew.mazzola@sdma.com
*E-mail address*

(212) 422-0202
*Telephone number*

(212) 422-0925
*FAX number*

## CERTIFICATION

I, Matthew P. Mazzola, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served via ECF and regular mail on this day 4th day of February 2011 upon the following:

>Louis R. Burko, Esq.
>SEVERANCE, BURKO, SPALTER & MASONE
>189 Montague Street, Suite 900
>Brooklyn, New York 11201
>Facsimile: (718) 522-3766
>Telephone: (718) 625-2300
>***Attorneys for Plaintiff***

s/
Matthew P. Mazzola (MM-7427)

Dated: New York, New York
February 4, 2011

NY/653667v1