| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE:  JAMES ORENSTEIN                             DATE:     4/13/2011
         U.S. MAGISTRATE JUDGE                       TIME:     10:00 a.m.

*Frank Alberigo v. The Hartford*
**10-CV-4735 (NG) (JO)**

TYPE OF CONFERENCE:  Pretrial

APPEARANCES:    Plaintiff      Louis R. Burko

                Defendant      Michael H. Bernstein

SCHEDULING: There are no further conferences scheduled before me at this time.

THE FOLLOWING RULINGS WERE MADE:

1. The plaintiff seeks to take discovery beyond the administrative record to which the defendant does not consent. The plaintiff shall submit a letter motion to compel no later than April 27, 2011, and the defendant shall respond no later than May 11, 2011. If I permit further discovery, I will entertain a request to adjourn the deadline for commencing dispositive motions.

2. The parties discussed settlement but did not reach agreement and none seems likely.

SO ORDERED

/s/ James Orenstein
JAMES ORENSTEIN
U.S. Magistrate Judge