# EXHIBIT C

Case 1:10-cv-04735-NG -JO   Document 11-3   Filed 05/11/11   Page 1 of 3

03/11/2008 17:26 FAX 2126799207 ☐002



THE
HARTFORD

March 7, 2008

Howard Kloth
650 1st Ave
New York, NY 10016
Fax: 212-679-9207
Telephone: 212-889-5800

Policy Holder:   LaBranche & Co Inc.
Claimant:        Frank P. Alberigo
Insured ID:      9002012462
Policy Number:   83127369

Dear Dr. Kloth:

We are assessing your patient's current level of functionality so we may more appropriately assess his return to work options. Please answer the following questions by 03/28/08.

Please give appropriate limitations and restrictions for Mr. Alberigo and medical evidence to support _he above has applied for and been granted permanent NYState disability. He has had no change in status since forms last filled out._

Please provide specific medical evidence to support this opinion, including office notes, diagnostic testing including most recent records 01/01/2008 to present, and types of medications your patient is taking. _Dx Thoracic Aortic Aneurysm, CHF, AVR. There has been no change in his medications Coumadin, Coreg, Vasotec, Dig_

Do you feel the patient is currently capable or performing full time work: (Choose one)

☐ No work.

☑ Sedentary- Exerting up to 10 pounds of force occasionally and/or negligible amount of force frequently to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

Benefit Management Service
Maitland Claim Office
P.O. Box 946710
Maitland, FL 32794-6710
Fax (407) 919-6329

03/11/2008   4:40PM

ALBERIGO 000326

☐ Light- Exerting up to 20 pounds of force occasionally and/or up to 10 pounds of force frequently and/or a negligible amount of force constantly to move objects. Even though the weight lifted may only be a negligible amount, a job should be rated Light work when it requires walking or standing to a significant degree or when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls and/or when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible.

☐ Medium- Exerting 20 to 50 pounds of force occasionally and/or 10 to 25 pounds of force frequently and/or greater than negligible up to 10 pounds of force constantly to move objects.

☐ Heavy- Exerting 50 to 100 pounds of force occasionally and/or 25 to 50 pounds of force frequently and/or 10 to 25 pounds of force constantly to move objects.

☐ Very Heavy- Exerting in excess of 100 pounds of force occasionally and/or in excess of 50 pounds of force frequently and/or in excess of 20 pounds of force constantly to move objects.

Please return all information that we asked for within twenty one (21) days in order to avoid any delays in processing your claim for benefits.

If you have any questions, please feel free to contact our office at Toll Free (800) 741-4306. Our office hours are 8:00 AM to 8:00 PM EST, Monday through Friday.

Sincerely,

Donna K. Santeler, Ability Analyst
Hartford Life Insurance Co.

Benefit Management Services
Maitland Claim Office
P.O. Box 946710
Maitland, FL 32794-6710
Fax (407) 919-6329

03/11/2008   4:40PM

ALBERIGO 000327