ATTORNEYS AT LAW
125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

*Michael H. Bernstein*
*212-898-4011*
*michael.bernstein@sedgwicklaw.com*

July 14, 2011

*Via Regular Mail and ECF*
Hon. Nina Gershon, U.S.D.J.
United States District Court-EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Frank Alberigo v. The Hartford*
    Civ. Act. No.    1:10-cv-04735 (NG)(JO)
    SDMA File No.: 02489-000100

Dear Judge Gershon:

    This office represents the Defendant, the Hartford Life Insurance Company, in the above-referenced matter. We write to request an adjournment of the Pre-Motion Conference currently scheduled for July 27, 2011 at 2:30 pm.

    The Court recently granted the parties' joint request for a Pre-Motion Conference and scheduled it for July 27, 2011 at 2:30 pm. Unfortunately, I will be out of town on July 27, 2011 due to a previously scheduled Court ordered deposition and thus, will not be able to attend the Pre-Motion Conference. Therefore, after consulting with chambers and Plaintiff's counsel to determine a mutually agreeable time to adjourn the conference, we respectfully request that the Pre-Motion Conference in this matter be adjourned from July 27, 2011 to September 26, 2011.

    Notably, Plaintiff's counsel has consented to the adjournment, and this is the Defendant's first request to adjourn the Pre-Motion Conference.

Respectfully submitted,

s/
Michael H. Bernstein (MB 0579)
Sedgwick LLP

cc:    Louis R. Burko, Esq.

NY/629563v1