ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY  10004-2400

*www.sedgwicklaw.com*   212.422.0202 *phone*   212.422.0925 *fax*



*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sdma.com*

February 21, 2012

*Via ECF and Regular Mail*
Honorable Nina Gershon, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Frank Alberigo v. The Hartford*
     Civ. Act. No.: 1:10-cv-04735 (NG)(JO)
     SDMA File No.:   02489-000100

Dear Judge Gershon:

    This office represents the defendant, Hartford Life Insurance Company s/h/a the Hartford ("Hartford"), in the above-referenced action. Today, February 21, 2012, Hartford filed its fully briefed Motion for Summary Judgment pursuant to the Court's "bundling rule." Pursuant to your Individual Motion Practices, we respectfully request leave to orally argue this motion in Court, at a date and time to be scheduled by the Court.

    Thank you for your consideration of this matter.

Respectfully submitted,

s/
Michael H. Bernstein
Sedgwick LLP

cc: Louis R. Burko, Esq

NY/755561v1